**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Luis N.,<br><br>Petitioner,<br><br>v.<br><br>Curtis Taylor, Major General, U.S. Army at Camp Bliss; Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; and Marisa Flores, Director, El Paso Field Office Immigration and Customs Enforcement,<br><br>Respondents. | Case No. 26-CV-00458 (PJS/ECW)<br><br>**ORDER** |

---

Petitioner Luis N. has filed a petition for a writ of habeas corpus. Petitioner acknowledges, however, that he is no longer detained within the geographical boundaries of this District. *See* Petition ¶ 7 (Dkt. 1). Indeed, it is not even clear that Petitioner intended to file the habeas petition in this District, as the document is captioned as being directed to the United States District Court for the Western District of Texas. *See id.* at 1.

Generally, "for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004); *accord Harris v. Ciccone*, 417 F.2d 479, 480 n.1 (8th Cir. 1969). It does not appear that this matter has been filed in the correct venue. Accordingly, Petitioner is directed to show cause by no later than 5:00 p.m. (Central

Time) on January 21, 2026, why this matter should not be transferred to the Western District of Texas. Should Petitioner fail to respond to this order, this matter may be transferred consistent with the explanation above.

SO ORDERED.

Dated: January 20, 2026

*s/ Elizabeth Cowan Wright*
Elizabeth Cowan Wright
United States Magistrate Judge